IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL D. STAPLES,

    Plaintiff,

    v.                                      Case No. 19-cv-925-BBC

ANDREW M. SAUL,
Commissioner of Social
Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will reconsider the subjective symptoms including cane use, reconsider the RFC, and, as appropriate, the impairments and the opinion evidence.

SO ORDERED this 27th day of April, 2020.

/s/
_____
Honorable Barbara B. Crabb
United States District Court Judge